SCOTT P. JANG (State Bar No. 260191)
RALPH J. DIMARUCUT (State Bar No. 356733)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: 415.394.9400
Facsimile: 415.394.9401
E-mail: scott.jang@jacksonlewis.com
E-mail: ralph.dimarucut@jacksonlewis.com

Attorneys for Defendants:
LUCIDWORKS, INC., KYLE HAMMETT,
NATALIA PASCUZZI, JULIANNE KIRBY, AND
MIKE SINOWAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHTIANA JADE BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>LUCIDWORKS, INC., PREFERRED EMPLOYERS' INSURANCE, BERKELEY TECHNOLOGY, CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD (WCAB), MICHAEL SULLIVAN & ASSOCIATES, LAURA MARCHAN, MUTUAL OF OMAHA, APPLEBY & CO., DAN MOON, TILT, KYLE HAMMETT, NATALIA PASCUZZI, JULIANNE KIRBY, MIKE SINOWAY, GRANT INGERSOLL, ERIK HATCHER, YONIK SEELEY<br><br>    Defendants. | Case No. 2:25-cv-00607-DC-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE RE: MOTION TO DISMISS (ECF No. 19)**<br><br>Date:    May 21, 2025<br>Time:   10:00 a.m.<br>Court:   Courtroom 24 |

Currently pending before the Court are (1) Defendants Lucidworks, Inc., Kyle Hammett, Natalia Pascuzzi, Julianne Kirby, and Mike Sinoway's Motion to Dismiss (ECF No. 19), which is currently set for hearing at 10:00 a.m. on May 21, 2025; and (2) Defendant California Workers Compensation Appeals Board's Motion to Dismiss (ECF No. 28), which is currently set for hearing at 10:00 a.m. on June 11, 2025. Plaintiff Tahtiana Jade Brown and the above-mentioned defendants have met and conferred and, due to schedule conflicts and in the interest of judicial and party economy, have agreed to consolidate the hearing dates for the two motions to dismiss. Specifically, the parties stipulate to continue the hearing date for Defendants Lucidworks, Inc., Kyle Hammett, Natalia Pascuzzi, Julianne Kirby, and Mike Sinoway's Motion to Dismiss (ECF No. 19) from May 21, 2025 at 10:00 a.m. to June 11, 2025 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: April 30, 2025

TAHTIANA JADE BROWN.

By: /s/ Tahtiana Brown
APPEARING PRO SE

Dated: April 30, 2025

JACKSON LEWIS P.C.

By: /s/ Scott Jang
Scott P. Jang
Ralph J. Dimarucut
Attorneys for Defendants
LUCIDWORKS, INC., KYLE HAMMET, NATALIA PASCUZZI, JULIANNE KIRBY, AND MIKE SINOWAY

*[additional signatures and proposed order on next page]*

Dated: April 30, 2025                                         CALIFORNIA WORKERS'
                                                              COMPENSATION BOARD


                                              By:    /s/ Allison Fairchild
                                                     Allison J. Fairchild
                                                     Attorneys for Defendant
                                                     CALIFORNIA WORKERS'
                                                     COMPENSATION APPEALS BOARD


### [PROPOSED] ORDER

Pursuant to the Parties' stipulation, and good cause appearing, it is hereby ORDERED that the hearing on Defendants Lucidworks, Inc., Kyle Hammett, Natalia Pascuzzi, Julianne Kirby, and Mike Sinoway's Motion to Dismiss (ECF No. 19) is RESET to June 11, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 30, 2025

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, brow25cv0607.stip.611