MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MASTROMATTEO,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-00267-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 16, 2025, up to and including July 16, 2025. This is the Defendant's first request for an extension. Plaintiff's reply, if any, would now be due July 30, 2025.

    Defendant makes this request in good faith and for good cause. This case was recently reassigned to me. I am currently assigned to three cases with briefing deadlines in the next ten

days. I have been diligently working on cases, having drafted three briefs in the past week. Defendant apologies to the Court and to Plaintiff for any inconvenience caused by this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 12, 2025        /s/ *Sherianne Laba**
                            (*as authorized via e-mail on June 12, 2025)
                            SHERIANNE LABA
                            Attorney for Plaintiff

Dated: June 12, 2025        MICHELE BECKWITH
                            Acting United States Attorney
                            MATHEW W. PILE
                            Associate General Counsel
                            Social Security Administration

                    By:     /s/ *James Ki*
                            James Ki
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 30, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: June 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE