UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHTIANA JADE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCIDWORKS, et al.,<br><br>    Defendants. | No. 2:25-cv-00607-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 78, 80) |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On November 19, 2025, the magistrate judge filed findings and recommendations herein, and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 80.) Neither party has filed objections to the findings and recommendations, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on November 19, 2025 (Doc. No. 80) are ADOPTED IN FULL;

2. Defendants LucidWorks, Kyle Hammett, Natalia Pascuzzi, Julianne Kirby, and

1

Michael Sinoway's motion to dismiss (Doc. No. 78) is GRANTED;

3. This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(b); and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 31, 2025**

_____
Dena Coggins
United States District Judge

2